

## Court Of Appeals
## Fourth Court of Appeals District of Texas
## San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00480-CV

**IN RE** Maria Cristina **BRITTINGHAM-SADA**, Daniel Milmo Brittingham,
and Maria Cristina Lobeira-Brittingham

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Rebecca Simmons, Justice
                Marialyn Barnard, Justice

Delivered and Filed:   August 12, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered relators' petition for writ of mandamus and is of the opinion that

relief should be denied. Accordingly, relators' petition for writ of mandamus is denied. Relators

shall pay all costs incurred in this proceeding.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007BP7000049-L1, styled *In re Estate of Juan Roberto Brittingham-McLean, Deceased*, pending in the County Court at Law No. 2, Webb County, Texas, the Honorable Alvino "Ben" Morales presiding.